UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRICIA DIAMOND,<br><br>               Plaintiff,<br><br>vs.<br><br>KING COUNTY, *et al*.,<br><br>               Defendants. | CAUSE NO.  3:20-cv-05713-RLS<br><br><br>ORDER GRANTING JURY TRIAL<br>PURSUANT TO FRCP 39(b) |

Comes now the above entitled Court upon the agreement motion of the Parties requesting a jury trial on all issues in this case.  The Court having reviewed the Motion and Stipulation of Counsel hereby Orders as follows:

All issues in this case, except for equitable relief, if any, shall be tried to a jury at such time as this case may be called for trial.

Dated this 10th day of November, 2020.

*MrS Lasnik*

Robert S. Lasnik
United States District Judge

Page 1

Order Granting Stipulated Motion for Trial By Jury

Law Offices of
**Kram & Wooster, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile