UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRICIA DIAMOND,

          Plaintiff,

      v.

KING COUNTY, *et al.*,

          Defendants.

Cause No. C20-5713RSL

ORDER

This matter comes before the Court on the motion of Richard H. Wooster of Kram & Wooster, P.S., to withdraw as counsel for the plaintiff. Having reviewed the papers submitted, the Court finds as follows:

    1. Mr. Wooster is no longer counsel of record in this matter and is hereby relieved of all duties other than transmitting his case files to plaintiff. The Clerk of Court is directed to terminate Mr. Wooster's' participation in this case and to include plaintiffs' addresses:

7731 12th Ave NW                    mstdiamond@icloud.com
Seattle, WA 98117

in the docket.

    2. Plaintiff is now proceeding pro se in this litigation. Unless and until she retains new counsel, she is expected to follow the local rules of this district (found at

ORDER - 1

http://www.wawd.uscourts.gov/sites/wawd/files/LocalCivilRules6-1-2015.pdf) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. See LCR 7 and 10; 28 U.S.C. § 1746.


Dated this 14th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 2